Joshua J. ISRAEL, Petitioner,

v.

**DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD, Respondent.**

No. 11–2947.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2012.

Filed: May 10, 2012.

Joshua J. Israel, Shakopee, MN, pro se.

Janet R. Dunlop, Ronald Joseph Gottlieb, Charles F. James, U.S. Department of Labor, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Joshua J. Israel filed an administrative complaint, alleging that his employer retaliated against him for engaging in activities protected under the Surface Transportation Assistance Act. An administrative law judge recommended denying Israel's complaint. The United States Department of Labor Administrative Review Board (ARB) reviewed the administrative law judge's recommendation and issued a final decision denying Israel's complaint. Israel petitions for review.

Having carefully reviewed the record, we conclude that the ARB's decision is not arbitrary, capricious, an abuse of discretion, contrary to the law, or unsupported by substantial evidence in the record. *See* 49 U.S.C. § 31105(d) (appellate court reviews ARB's decision pursuant to Administrative Procedure Act (APA)); 5 U.S.C. § 706(2) (reviewing court shall hold unlawful and set aside agency decisions if they are found to be arbitrary, capricious, abuse of discretion, or otherwise not in accordance with law, or if unsupported by substantial evidence in record as whole); *see also R & B Transp., LLC v. U.S. Dep't of Labor, Admin. Review Bd.*, 618 F.3d 37, 44 (1st Cir.2010) (ARB's final decision is reviewed in accordance with APA). Accord-

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

ingly, we deny the petition. *See* 8th Cir. R. 47B.